FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 NOV -6  A 11: 47

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| JOSE RIVERA | PRISONER<br>CIVIL NO. 3:03CV645 (CFD) |
| v. | : |
| HECTOR RODRIGUEZ, ET AL., | NOVEMBER 4, 2003 |

## ANSWER AND AFFIRMATIVE DEFENSES

Defendants Hector Rodriguez and Ruiz Ricar, M.D., file their answer and affirmative defenses to the plaintiff's pro se "Civil Rights Complaint" filed on April 8, 2003.

### A. PARTIES

1. Admitted.

2. Admitted.

3. Admitted.

4. With respect to the allegations as to a defendant referred to as "John Doe", the defendants lack sufficient knowledge to admit or deny the same, and therefore leave the plaintiff to his proof.

### B. JURISDICTION

Denied.

### C. NATURE OF THE CASE

Defendants Rodriguez and Ricar admit that, on January 4, 2003, the plaintiff complained he twisted his right ankle when he slipped while climbing off of his bunk bed, and that at the time he was a protective custody inmate at Cheshire CI. The remaining allegations in this section are denied.

### D. CAUSES OF ACTION

Claim 1: Denied.

Facts: Denied.

Claim 2: Denied.

Facts: Defendants Rodriguez and Ricar admit that the plaintiff was examined and treated at the UCONN Medical Center on January 24, 2003 and given a splint to wear on his ankle. The remaining allegations are denied.

Claim 3: Denied.

Facts: Denied.

**FIRST AFFIRMATIVE DEFENSE**

The plaintiff's complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

The plaintiff has failed to exhaust his administrative remedies.

**THIRD AFFIRMATIVE DEFENSE**

The plaintiff's claims are barred by the Eleventh Amendment and the doctrine of sovereign immunity.

**FOURTH AFFIRMATIVE DEFENSE**

Defendants Rodriguez and Ricar are entitled to qualified immunity since, at all relevant times, their actions comported with those of an objectively reasonable correctional official under like circumstances and they did not knowingly violate any of the plaintiff's clearly established constitutional rights. Alternatively, the constitutional rights the plaintiff alleges to have been violated were not clearly established at the time of the events giving rise to this action.

**FIFTH AFFIRMATIVE DEFENSE**

The plaintiff has failed to mitigate his damages.

                DEFENDANTS:
                HECTOR RODRIGUEZ, ET AL.,

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY: _____
      Terrence M. O'Neill
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT  06105
      Federal Bar #ct10835
      E-Mail: terrence.oneill@po.state.ct.us
      Tel: (860) 808-5450
      Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 5th day of November, 2003:

Jose Rivera, no. 191824
MacDougall-Walker CI
1153 East Street South
Suffield, CT 06080

Terrence M. O'Neill
Assistant Attorney General