UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JOSE RIVERA | : | PRISONER<br>CIVIL NO. 3:03CV645 (CFD)(WIG) |
| v. | : |  |
| HECTOR RODRIGUEZ, ET AL. | : | JANUARY 31, 2007 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, the defendants, Ricardo Ruiz and Hector Rodriguez, move for summary judgment as to all claims in the plaintiff's complaint. Specifically, the undisputed material facts demonstrate that these defendants were not deliberately indifferent to any of the plaintiff's serious medical needs. Alternatively, these defendants are entitled to qualified immunity.

Filed herewith are a supporting memorandum of law, a Local Rule 56(a)1 Statement of Undisputed Material Facts with attached exhibits, and a Notice to Pro Se Litigant as required by Local Rule 56.

                                            DEFENDANTS
                                            Hector Rodriguez, et al.

                                            RICHARD BLUMENTHAL
                                            ATTORNEY GENERAL

                                            BY:_____/s/_____
                                            Terrence M. O'Neill
                                            Assistant Attorney General
                                            110 Sherman Street
                                            Hartford, CT  06105
                                            Federal Bar #ct10835
                                            E-Mail:  terrence.oneill@po.state.ct.us
                                            Tel.:  (860) 808-5450
                                            Fax:  (860) 808-5591

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed to the following on this 31st day of January, 2007:

      Jose Rivera, No. 191824
      MacDougall-Walker Correctional Institution
      1153 East Street South
      Suffield, CT  06080

                                                          _____/s/_____
                                                          Terrence M. O'Neill
                                                         Assistant Attorney General