1

```
 1          UNITED STATES DISTRICT COURT

 2         FOR THE DISTRICT OF CONNECTICUT

 3     -------------------------------x

 4     JOSE RIVERA,

 5            Plaintiff,

 6            -versus-           : No.3:03CV645(CFD)

 7     HECTOR RODRIGUEZ, ET AL

 8            Defendants

 9     -------------------------------x

10

11     DEPOSITION OF:  JOSE RIVERA

12     DATE:  December 8, 2003 - 2:20 p.m.

13     HELD AT:  MacDougall Correctional
                         Institution
14               1153 East Street South
                 Suffield, Connecticut 06080
15

16

17

18

19

20

21

22     Reporter:  LARRY DORFMAN, LSR #0067

23     BRANDON SMITH REPORTING SERVICE
              44 Capitol Avenue
24            Hartford, CT 06106
              Tel:  860-549-1850
25
```

```
 1   A P P E A R A N C E S:

 2        For the Plaintiff:

 3        JOSE RIVERA, Pro Se
          MacDougall Correctional Institution
 4        Suffield, Connecticut 06080

 5
          For the Defendants:
 6
          OFFICE OF THE ATTORNEY GENERAL
 7        110 Sherman Street
          Hartford, Connecticut 06105
 8        By:  TERRENCE M. O'NEILL,
               Assistant Attorney General
 9             (860)808-5450

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                  S T I P U L A T I O N S
 2
 3          IT IS HEREBY STIPULATED AND AGREED by
 4   and between counsel for the respective parties
 5   hereto that all technicalities as to proof of the
 6   official character before whom the deposition is
 7   to be taken are waived.
 8
 9          IT IS FURTHER STIPULATED AND AGREED by
10   and between counsel for the respective parties
11   hereto that the reading and signing of the
12   deposition by the deponent are waived.
13
14          IT IS FURTHER STIPULATED AND AGREED by
15   and between counsel for the respective parties
16   hereto that all objections, except as to form,
17   are reserved to the time of trial.
18
19
20              *    *    *    *    *    *
21
22
23
24
25
```

6

```
 1      A.   9/25/73.
 2      Q.   And you're currently incarcerated here
 3 at the MacDougall-Walker Correctional
 4 Institution, correct?
 5      A.   Yes.
 6      Q.   You are a sentenced inmate?
 7      A.   Yes.
 8      Q.   Do you have any pending charges?
 9      A.   At this time, no.
10      Q.   What are you currently sentenced for?
11      A.   I am sentenced for two different
12 charges, conspiracy to assault and second degree
13 manslaughter, one which I have an appeal on the
14 conspiracy to assault because I have no
15 co-defendant.
16      Q.   So you have been sentenced on two
17 separate incidents?
18      A.   Yes.
19      Q.   You have an appeal pending on one?
20      A.   Yes, sir.
21      Q.   What's your currently expected release
22 date?
23      A.   2030.
24      Q.   What is your educational background?
25 How far did you get?
```

```
1      A.    I made it to 9th grade.
2      Q.    I am sorry.  How far, sir?
3      A.    Ninth grade.
4      Q.    Since you got -- How long have you
5  been incarcerated?
6      A.    I have been incarcerated now, I say
7  two years, about two years and eight months.
8      Q.    And since you became incarcerated,
9  have you participated in any education programs?
10     A.    I have been in the protective custody
11 unit for two years.  I have been out of the
12 protective custody unit now for about five
13 months.
14     Q.    When you were at Cheshire you were in
15 protective custody?
16     A.    Yes, sir.
17     Q.    Have you taken any medications today?
18     A.    I take Effexor.
19     Q.    What's your understanding of what
20 that's for?
21     A.    That's a depression medication,
22 because ever since -- because I was in a car
23 accident and killed a 13 year old young man, and
24 ever since I have very bad depression.
25     Q.    Sure.  Believe me, you are not the
```

8

```
 1   only person in the planet taking Effexor.  Are
 2   you taking any anything else?
 3       A.   At night I am taking another pill, I
 4   am not sure what it is, to help me sleep.
 5       Q.   Okay.  Anything else?
 6       A.   No, that's all.
 7       Q.   Now, any of these -- either of these
 8   medications or both of them together, do they in
 9   any way your affect your ability to understand
10   what's going on here today?
11       A.   No, sir.
12       Q.   You are confident that you are coming
13   in here with a clear mind and able to understand
14   everything?
15       A.   Yes, sir.
16       Q.   Now, on January 4, 2003, you fell off
17   your bunk or something happened getting off your
18   bunk and you hurt your ankle; is that right?
19       A.   Yes.
20       Q.   Did you fall or were you just getting
21   down?
22       A.   I was getting down, and when I put my
23   foot on the top step, because the ladder's
24   completely flat against the bunk, it's welded to
25   the bunk, so my foot slipped off the bunk and I
```

9

1  didn't have anything to hold onto. So when I
2  slipped, instead of falling straight down and
3  busting my chin, I just let it go, you know,
4  because I mean I probably would have broke my
5  jaw. So I let go, and when I hit the floor, my
6  ankle twisted, you know. And I let the
7  correctional officer know and they called the
8  medical unit and had me brought downstairs.
9       Q.    When you were -- You were obviously on
10 the top bunk?
11      A.    Yes, sir.
12      Q.    And when you were getting off the
13 bunk, were you coming down backwards, in other
14 words, were you facing away from the ladder?
15      A.    Because when you are on the bunk, the
16 ladder is like toward the edge, so you have to
17 like come off and find the ladder here.
18      Q.    Okay.
19      A.    You know, then you come down. Since I
20 have a bad knee, you know, I can't jump from the
21 top bunk safely without hurting myself.
22      Q.    All right.
23      A.    So I have to get down with the ladder
24 and I need the ladder or I won't be able to get
25 off that easily.

```
 1      Q.    Up to that point in time, had you
 2 always had the top bunk?
 3      A.    Yes.
 4      Q.    And how long had you been at Cheshire
 5 at that point, best guess?
 6      A.    About a year and a half, I would say.
 7      Q.    You always had a top bunk in that
 8 period?
 9      A.    Yes.
10      Q.    When you fell, what happened?  What
11 did you hurt?
12      A.    My ankle.
13      Q.    Which ankle?
14      A.    My right ankle.
15      Q.    When you say hurt it, what do you
16 mean?  What's your understanding?
17      A.    At first when I hurt it, it felt like
18 I just twisted it, you know.  So when I told the
19 correctional officer, you know, they brought me
20 downstairs and the nurse said -- she told me to
21 wiggle my toes, and my toes, they moved, not very
22 much but they moved.  And she said -- she gave me
23 an ace bandage and gave me crutches and she sent
24 me on my way and said I will be fine.
25            She put me on a list to see the
```

```
 1   medical person, the doctor.  And because I had
 2   let her know on the 6th I was starting trial, I
 3   was starting jury selection, and I would need to
 4   be seen by the medical person, you know, at
 5   another time during the day.  And since I was
 6   being brought directly to and directly from
 7   court, I had to be in court at 10:00 a.m., I let
 8   her know I don't have to be in court until 10.
 9   X-rays start at 8.  So I specifically let her
10   know that I was going to be doing trial and that
11   I needed X-rays because I felt it was not moving
12   good enough.
13         Q.    That was that first day you saw her?
14         A.    Yes.
15         Q.    When you start trial on the 6th, and
16   you say you were being brought directly from
17   court, you were not in central transportation?
18   You didn't have to take the bus?
19         A.    No.
20         Q.    They took you from Cheshire to
21   whatever courthouse?
22         A.    Yes.
23         Q.    So you had some scheduling problems
24   then, obviously?
25         A.    Yes.
```

```
1      Q.    You had to focus on your lawsuit?
2      A.    Yes.
3      Q.    At the same time, you needed to get
4  the ankle checked?
5      A.    I was going to trial for murder at the
6  time and, thank God, I beat it, you know.  But
7  you know, actually, I was doing jury selection
8  which is like the most important part of trial.
9      Q.    You took that pretty seriously?
10     A.    Yes.
11     Q.    You were an active participant with
12 your lawyer?
13     A.    Yes.  They were offering to me 65
14 years, you know?  So I mean, if you are being
15 offered 65 years, that's your entire life.  I did
16 most of my case myself, as I'm doing now.
17     Q.    Okay.  All right.  So after you saw
18 the nurse on January 4th, when did you next see
19 any medical personnel at Cheshire?
20     A.    Well, I believe it was the 14th.  I
21 think I slipped in the shower, or something like
22 that, and I told them that my ankle was hurting.
23 I mean, it was hurting so bad.  Literally, my
24 ankle from my toes, my big toe all the way up to
25 my calf were the color of your suit.  So I told
```

```
 1   them that.  They said, oh, well, we can't do
 2   anything about it right now.  When the doctor
 3   sees you, he will take care of you.  So --
 4       Q.    Let me stop you there.  When you say
 5   the color of my suit, my suit is kind of a dark
 6   gray.
 7       A.    Yes.  I mean, it was like purple, like
 8   purple-blue-black.
 9       Q.    Was it swollen?
10       A.    Yes.  I couldn't even -- I went to
11   court with these sneakers on and I had to take
12   the shoelaces out of them to put my foot in it.
13       Q.    So to just describe that for the
14   record, you would agree that the sneakers that
15   you have on now stop just below your ankle?
16       A.    Yes, low top.
17       Q.    They are low top and you needed to
18   keep them untied --
19       A.    Yes.
20       Q.    -- to make sure that your ankle and
21   foot could fit, fair?
22       A.    Yes.
23       Q.    Do you remember who you saw on January
24   14th?
25       A.    I remember what she looked like, but I
```

```
 1   don't remember her name.
 2       Q.   Can you describe her for me?
 3       A.   She was a short, chubby, white nurse,
 4   older.  She had like white-gray hair.  She wore
 5   glasses.
 6       Q.   Had you seen her before?
 7       A.   Yes.
 8       Q.   What did she say, if anything?
 9       A.   She said that I had fine motion in the
10   toes and that there was nothing wrong with it and
11   it should be fine within a couple of days, but
12   she wanted me to see the doctor anyway.
13       Q.   Up to this point you had not seen a
14   doctor?
15       A.   No.
16       Q.   All right.  Who did you see next with
17   respect to your ankle?
18       A.   There was a tall white gentleman with
19   glasses also.  I don't remember his name.
20       Q.   Was the tall white gentleman a doctor
21   or nurse?
22       A.   He was one of the nurses, and he told
23   me that he couldn't do anything for it, that I
24   had to see the doctor.
25       Q.   All right.  Do you recall when this
```

15

1  was?
2       A.    This was around, I would say between
3  the 14th and 16th.  It was after I had come back
4  from court.
5       Q.    All right.  Who did you see next with
6  respect to your ankle?
7       A.    I seen Dr. Ruiz.  I had the judge
8  issue -- give me two days off, which were
9  Thursday and Friday, so I could get -- be seen by
10 the medical because that had been 19 days since I
11 had been seen since I hurt my ankle and I wanted
12 to see the doctor.  So the 23rd, the doctor
13 ordered the X-rays.  The following morning, they
14 took me to X-ray, and from there, from X-rays,
15 they took me directly straight to UConn.
16      Q.    So the first time you saw Dr. Ruiz was
17 on January 23rd?
18      A.    Yes.
19      Q.    And that very same day you went
20 straight to UConn?
21      A.    The next day they took me for X-rays.
22      Q.    I am sorry.  He ordered the X-rays on
23 January 23rd, your X-ray was actually taken on
24 the 24th?
25      A.    Yes.

```
 1    make sure that everyone is taken care of, his
 2    correctional staff, his inmates, his money, his
 3    food. You know, it's his job to make sure
 4    everything runs smoothly, including medical.
 5        Q.   Okay.
 6        A.   So I believe it's his responsibility
 7    to run the prison which was given to him as a
 8    job.
 9        Q.   So because he is the boss of the
10    prison, he is responsible for making sure that --
11    you believe he is responsible for making sure
12    that everybody's medical issues are taken care
13    of, including yours?
14        A.   Yes.
15        Q.   Now, with respect to the doctor, you
16    identify him in your paperwork as Dr. Ruiz Ricar.
17    Would you agree with me his name is Ricardo Ruiz?
18    Are we talking about the same guy?
19        A.   Yes.
20        Q.   What did Dr. Ruiz do to not make
21    things better or failed to do?
22        A.   I seen him on multiple occasions and I
23    told him about this cast. He said it wasn't
24    required, that I didn't need this cast. When
25    professional medical physician at UConn told me
```

```
 1    that this cast is required because I need to be
 2    able to move around, but at the same time not put
 3    too much pressure on this ankle.
 4         Q.    Do you think Dr. Ruiz just may have
 5    disagreed with the other doctor at UConn or do
 6    you think he was trying to cause you pain?
 7         A.    I don't believe he was trying to cause
 8    me pain deliberately.  You know, I just believe
 9    that he refused to do something to help me be
10    more comfortable in the environment that I am in.
11         Q.    Okay.  So do you think maybe he had
12    just kind of a professional disagreement with
13    this other doctor?
14         A.    That could have been.
15         Q.    Can you think of any other reason why
16    he would have done it?
17         A.    No.
18         Q.    In your dealings with Dr. Ruiz, I mean
19    sometimes you just run into people where you just
20    don't click, and I am sure that you could
21    identify people from here, I could probably
22    identify people at MacDougall who I feel the same
23    way about, but is Dr. Ruiz one of those people
24    who you thought he was out to get you or out to
25    harm you?
```

```
 1      A.   No, sir, not at all.  He was a very
 2  all right person.
 3      Q.   How about the warden?  How about
 4  Warden Rodriguez?
 5      A.   I never seen him.
 6      Q.   All right.
 7      A.   You know, but I have always -- I was a
 8  very writeable inmate.  I would write.  Any time
 9  I had a problem, I would write and voice my
10  opinion.  So you know, I am not the type of
11  person to stay quiet.  At the time I was
12  having -- I was having problems with one of the
13  correctional staff, essentially harassing me.  So
14  outside of that, you know, there wasn't really
15  any problems with me.
16      Q.   Just using that example, you felt
17  comfortable enough to make sure that you wrote
18  anybody you thought you needed to write to to
19  point out this staff member was sexually
20  harassing you?
21      A.   Yes, sir.
22      Q.   You are not the least bit intimidated,
23  because you write something, something bad is
24  going to happen?
25      A.   Not at all because I feel that, you
```

```
 1   know, myself being an inmate, you know, the State
 2   has the burden of making sure I am protected in
 3   the environment that they decide to keep me in.
 4              I made a mistake, I have to do my
 5   time, and I don't refuse to do my time.  You
 6   know, I will do my time and when I am finished, I
 7   will go home.  While I am doing my time, the
 8   State has -- they have to keep me safe in the
 9   environment they put me in.
10       Q.   Are you still in protective custody?
11       A.   No.  I have signed out of protective
12   custody.
13       Q.   Your move to MacDougall had nothing to
14   do with PC's move from Cheshire to here?
15       A.   On no.  I don't think they moved, did
16   they?
17       Q.   Part of them did.  Big chunk of them
18   did.
19       A.   Okay.
20       Q.   As a representative of the department
21   of correction, is there anything you would like
22   to tell me about your current incarceration that
23   makes you fearful for your safety?
24       A.   No.  I have no problems, you know.  I
25   mean, I believe it's just equal to the protective
```

```
 1   custody, you know.  I mean, you have your bad
 2   guys, you have your good guys, you have your good
 3   COs, you have your smart COs, you have a mixed
 4   variety, and you can't -- I mean, I have gotten
 5   into a fight since I've been here, but that
 6   wasn't anything of anybody looking for me or
 7   anything like that.  So I feel comfortable where
 8   I'm at.
 9        Q.   Okay.  Same question for the -- I
10   asked you if you thought Dr. Ruiz was trying to
11   deliberately harm you, trying to really cause you
12   some pain.  How about Warden Rodriguez, do you
13   think he was trying to --
14        A.   No, not at all.
15        Q.   Now, you've named a third defendant
16   and you have named Nurse John Doe.  Obviously,
17   that's not the real name of the person.  That's
18   somebody whose name you don't know; is that
19   right?
20        A.   Yes.
21        Q.   Can you describe, first of all, can
22   you describe what this nurse looks like?
23        A.   Not exactly.
24        Q.   You described earlier a tall, white
25   male nurse who said he couldn't help you, that
```