


# CONNECTICUT DEPARTMENT OF CORRECTION

STATE OF CONNECTICUT

ABOUT US   PROGRAMS AND SERVICES   PUBLICATIONS   FORMS   CONTACT US   HOME

## Inmate Information

| | |
|---|---|
| Inmate Number: | 191824 |
| Inmate Name: | RIVERA,JOSE ANTHONY |
| Date of Birth: | 9/25/1973 |
| Latest Admission Date: | 5/14/2001 |
| Current Location: | MACDOUGALL |
| Status: | SENTENCED |
| Bond Amount: | 0 |
| Controlling Offense: | MANSLAUGHTER 2ND WITH MV (INTOX) CF |
| Date of Sentence: | 8/14/2001 |
| Maximum Sentence: | 29 Year(s) 0 Month(s) 0 Day(s) |
| Maximum Release Date: | 5/12/2030 |
| Estimated Release Date: | Not Applicable |
| Special Parole Date: | Not Applicable |
| Detainer: | NONE |

Home | CT.gov Home | Send Feedback

State of Connecticut Disclaimer and Privacy Policy  Copyright © 2002, 2003 State of Connecticut

```
MOVEMENTS      NUMBER: 145851          NAME: BEVERAL, JOSE/ANTHONY     PAGE    1
FILE:  MCDGL/WLKR CI              MED FILE:
                                       DATE     SEQ    LOCATION          JUR STA
TRANSFER AMONG DOC LOCATIONS         6/22/2006  1   137 MCDGL/WLKR CI    137  G
TRANSFER AMONG DOC LOCATIONS         8/01/2005  1   136 GARNER CI        136  G
TRANSFER TO A MEDICAL HOSPITAL       7/26/2005  1   51T UCONN HOSP       141  G
TRANSFER AMONG DOC LOCATIONS         6/27/2005  1   141 NORTHERN CI      141  G
TRANSFER AMONG DOC LOCATIONS         6/12/2005  1   136 GARNER CI        136  G
TRANSFER AMONG DOC LOCATIONS         4/18/2005  1   141 NORTHERN CI      141  G
TRANSFER AMONG DOC LOCATIONS         5/21/2003  1   137 MCDGL/WLKR CI    137  G
SENTENCED BY COURT                   4/04/2003  1   125 CHESHIRE CC      125  G
TRANSFER AMONG DOC LOCATIONS         8/28/2001  1   125 CHESHIRE CC      125  G
TRANSFER AMONG DOC LOCATIONS         8/21/2001  1   114 MCDGL/WLKR CI    114  G
START SERVING SENTENCE (1+)          8/14/2001  1   123 BRIDGEPORT CC    123  G
READMISSION, CONTINUED               5/14/2001  1   123 BRIDGEPORT CC    123  U
UNSENTENCED DISCHARGE ON BOND        9/29/2000  2   940 DCHG TO BOND     940  U
READMISSION, CONTINUED               9/29/2000  1   123 BRIDGEPORT CC    123  U
DISCHARGED, DID NOT RETURN FROM COURT 6/12/1998 1   900 DISCHARGE        900  U
READMISSION, CONTINUED               5/29/1998  1   122 NEW HAVEN CCC    122  U
DISCHARGED, SENTENCE TIME SERVED     4/27/1994  1   900 DISCHARGE        900  L

Z258   1/29/2007    CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N     NUMBER:  00191824                    ENTER FOR NEXT PAGE
```

```
MOVEMENTS      NUMBER: 159104       NAME: RIVERA, JOSE ANTHONY        PAGE    2
FILE: MCDGL/WLKR CI              MED FILE:
                                      DATE      SEQ    LOCATION            JUR  STA
TRANSFER AMONG DOC LOCATIONS          2/23/1994  1     111 J.R.MANSON YI   111  L
READMISSION W/ SENTENCE LT 1 YEAR     2/18/1994  1     122 NEW HAVEN CCC   122  L
DISCHARGED, SENTENCE TIME SERVED      3/12/1993  1     900 DISCHARGE       900  L
SENTENCED BY COURT                    2/26/1993  2     111 J.R.MANSON YI   111  L
RELEASE FOR COURT APPEARANCE          2/26/1993  1     530 COURT APPEAR.   122  U
TRANSFER AMONG DOC LOCATIONS          2/22/1993  1     122 NEW HAVEN CCC   122  U
READMISSION, CONTINUED                2/11/1993  1     131 UNION AVE DC    131  U
UNSENTENCED DISCHARGE ON BOND         4/17/1992  1     940 DCHG TO BOND    900  U
CONTINUED BY COURT                    4/16/1992  1     131 UNION AVE DC    131  U
READMISSION, TEMPORARY SURRENDER      4/15/1992  1     131 UNION AVE DC    131  U
DISCHARGED, DID NOT RETURN FROM COURT 3/10/1992  1     900 DISCHARGE       900  U
READMISSION, CONTINUED                3/09/1992  1     111 J.R.MANSON YI   111  U
UNSENTENCED DISCHARGE ON BOND         1/23/1992  1     900 DISCHARGE       900  U
TRANSFER AMONG DOC LOCATIONS          1/16/1992  1     122 NEW HAVEN CCC   122  U
CONTINUED BY COURT                    1/13/1992  1     131 UNION AVE DC    131  U
READMISSION, TEMPORARY SURRENDER      1/11/1992  1     131 UNION AVE DC    131  U
DISCHARGED, DID NOT RETURN FROM COURT 5/10/1991  1     900 DISCHARGE       900  U

Z258   1/29/2007     CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N     NUMBER:  00191824                    ENTER FOR NEXT PAGE
```

```
MOVEMENTS         NUMBER:                NAME: BEVERAL,JOSE/ANTHONY        PAGE   3
FILE:   MCDGL/WLKR CI          MED FILE:
                                        DATE     SEQ    LOCATION              JUR STA
READMISSION, CONTINUED                  5/08/1991 1    131 UNION AVE DC       131  U
DISCHARGED, DID NOT RETURN FROM COURT   4/20/1990 1    900 DISCHARGE          900  U
TRANSFER AMONG DOC LOCATIONS            2/13/1990 1    122 NEW HAVEN CCC      122  U
NEW ENTRY,ACCUSED-CONTINUED             2/06/1990 1    131 UNION AVE DC       131  U




Z258   1/29/2007    CT DEPT OF CORRECTION - ALL MOVEMENTS-RT60          END

TRANSACTION: P/N     NUMBER:   00191824
```