UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JOSE RIVERA | : | PRISONER<br>CIVIL NO. 3:03CV645 (CFD)(WIG) |
| v. | : |  |
| HECTOR RODRIGUEZ, ET AL. | : | JANUARY 31, 2007 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, Hector Rodriguez, et al., have manually filed the following documents:

- **Exhibit 4** to Defendants' Local Rule 56(A)1 Statement of Undisputed Material Facts – **Plaintiff's Medical Records**

These documents have not been filed electronically because:

[X]  **Medical Records – manual filing only is ordered**

The documents have been manually served on all parties

                                                DEFENDANTS
                                                Hector Rodriguez, et al.

                                                RICHARD BLUMENTHAL
                                                ATTORNEY GENERAL

                                        BY:_____/s/_____
                                                Terrence M. O'Neill
                                                Assistant Attorney General
                                                110 Sherman Street
                                                Hartford, CT  06105
                                                Federal Bar #ct10835
                                                E-Mail:  terrence.oneill@po.state.ct.us
                                                Tel.:  (860) 808-5450
                                                Fax:  (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 31st day of January, 2007:

Jose Rivera, No. 191824
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

_____/s/_____
Terrence M. O'Neill
Assistant Attorney General