UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSE RIVERA

                                                                              PRISONER
    v.                                                               Case No 3:03cv645 (CFD)

HECTOR RODRIGUEZ
JOHN DOE
RUIZ RICAR

J U D G M E N T

This cause came on for consideration on the defendants' motion for summary judgment before the Honorable Christopher F. Droney, United States District Judge.

The Court has considered the motion for summary judgment and all the related papers. On March 27, 2007, the Court filed its Ruling on Motion for Summary Judgment granting the defendant's motion and directing the Clerk to enter judgment and close the case.

Therefore, it is **ORDERED** and **ADJUDGED** that the judgment is entered in favor of the defendant and the case is closed.

Dated at Bridgeport, Connecticut this 28th of March, 2007.

                                                                                   KEVIN F. ROWE, Clerk

                                                                                    By /s/ Donna P. Thomas
                                                                                      Donna P. Thomas
                                                                                      Deputy Clerk

Entered on the Docket _____